IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIGUEL NUNEZ, | : | Civil No. 1:25-CV-01898 |
| Petitioner, | : | |
| v. | : | |
| WARDEN J. GREENE, | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

# ORDER

**AND NOW,** on this 24th day of November 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. The petition, Doc. 1, is deemed **FILED**.

2. The petition, Doc. 1, is **DISMISSED**.

3. The Clerk of the Court is directed to **CLOSE** the case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

1